UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT-FLINT

In the Matter of:
JUSTIN JOSEPH TABAKA & MELISSA MARIE TABAKA,    Bankruptcy Case No. 09-35874-DSO

Chapter 7
Hon. Daniel S. Opperman

Debtor(s)
_____/

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $1.03 represents the total sum of unclaimed dividends check in this estate and is paid to the Court pursuant to 11 U.S.C. S347(a). The name(s) of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Michigan Multi-Specialty Phys. | 1 | $1.03 |

Dated: October 1, 2010

/s/ Samuel D. Sweet
Samuel D. Sweet, Chapter 7 Trustee
P.O. Box 757
Ortonville, MI 48462-0757
248-236-0985
ssweet@trusteesweet.us